# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Eastern Division – Riverside)
## CIVIL DOCKET FOR CASE #: 5:25−cv−00705−GW−DTB

| | |
|---|---|
| Katrina McDowell v. ProctorU, Inc. | Date Filed: 03/17/2025 |
| Assigned to: Judge George H Wu | Date Terminated: 05/15/2025 |
| Referred to: Magistrate Judge David T. Bristow | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 370 Other Fraud |
| Cause: 28:1332 Diversity−Fraud | Jurisdiction: Diversity |

**Plaintiff**

**Katrina McDowell**  
*individually and on behalf of all others similarly situated*

represented by **Lisa Tamiko Omoto**  
Faruqi and Faruqi, LLP  
1901 Avenue of the Stars, Suite 1060  
Los Angeles, CA 90067  
424−256−2884  
Fax: 424−256−2885  
Email: lomoto@faruqilaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ProctorU, Inc.**  
*doing business as*  
Meazure Learning

represented by **Christopher J Esbrook**  
Esbrook PC  
321 North Clark Street Suite 1930  
Chicago, IL 60654  
312−319−7681  
Email: christopher.esbrook@esbrook.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Darin T Beffa**  
Beffa Law  
1001 Wilshire Boulevard, Suite 1390  
Los Angeles, CA 90017  
424−262−3332  
Email: darin@beffalaw.com  
*ATTORNEY TO BE NOTICED*

**Stephen R Brown**  
Esbrook PC  
321 North Clark Street, Suite 1930  
Chicago, IL 60654  
312−319−7686  
Email: stephen.brown@esbrook.com  
*ATTORNEY TO BE NOTICED*

**Emma Leheny**  
Potomac Law LLP

1255 Treat Boulevard, Suite 300
Walnut Creek, CA 94597
202−670−1094
Email: eleheny@potomaclaw.com
*ATTORNEY TO BE NOTICED*

Email All AttorneysEmail All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2025 | 1 | COMPLAINT Receipt No: ACACDC−39315988 − Fee: $405, filed by Plaintiff Katrina McDowell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Attorney Lisa Tamiko Omoto added to party Katrina McDowell(pty:pla))(Omoto, Lisa) (Entered: 03/17/2025) |
| 03/17/2025 | 2 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff Katrina McDowell. (Omoto, Lisa) (Entered: 03/17/2025) |
| 03/17/2025 | 3 | CIVIL COVER SHEET filed by Plaintiff Katrina McDowell. (Omoto, Lisa) (Entered: 03/17/2025) |
| 03/18/2025 | 4 | CERTIFICATE of Interested Parties filed by Plaintiff Katrina McDowell, (Omoto, Lisa) (Entered: 03/18/2025) |
| 03/19/2025 | 5 | NOTICE OF ASSIGNMENT to District Judge George H. Wu and Magistrate Judge David T. Bristow. (car) (Entered: 03/19/2025) |
| 03/19/2025 | 6 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (car) (Entered: 03/19/2025) |
| 03/19/2025 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (car) (Entered: 03/19/2025) |
| 03/19/2025 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendant ProctorU, Inc. (car) (Entered: 03/19/2025) |
| 03/19/2025 | 9 | PROOF OF SERVICE Executed by Plaintiff Katrina McDowell, upon Defendant ProctorU, Inc. served on 3/19/2025, answer due 4/9/2025. Service of the Summons and Complaint were executed upon Koy Saechao, Registered Agent in compliance with Federal Rules of Civil Procedure by personal service (Omoto, Lisa) (Entered: 03/19/2025) |
| 03/21/2025 | 10 | STANDING ORDER RE FINAL PRE−TRIAL CONFERENCES FOR CIVIL JURY TRIALS BEFORE JUDGE GEORGE H. WU by Judge George H Wu. You are instructed to read and to follow (unless otherwise superseded herein) the Central District of California Local Rules (henceforth "Local Rules") 16−1 through 16−15 regarding pre−trial requirements. (See document for further details). (aco) (Entered: 03/21/2025) |
| 04/08/2025 | 11 | Notice of Pendency of Other Actions or Proceedings (pursuant to L.R. 83−1.4) filed by Plaintiff Katrina McDowell. (Omoto, Lisa) (Entered: 04/08/2025) |
| 04/09/2025 | 12 | STIPULATION Extending Time to Answer the complaint as to ProctorU, Inc. answer now due 4/18/2025, filed by Defendant ProctorU, Inc..(Attorney Emma Leheny added to party ProctorU, Inc.(pty:dft))(Leheny, Emma) (Entered: 04/09/2025) |
| 04/09/2025 | 13 | CORPORATE DISCLOSURE STATEMENT filed by Defendant ProctorU, Inc. identifying MZR Buyer, LLC as Corporate Parent. (Leheny, Emma) (Entered: 04/09/2025) |
| 04/09/2025 | 14 | CERTIFICATE of Interested Parties filed by Defendant ProctorU, Inc., identifying Katrina McDowell, ProctorU, Inc. d/b/a Meazure Learning, MZR Buyer, LLC, Columbia Casualty Co., Crum & Forster Specialty Ins. Co., Berkley National Ins. Co., and Federal Ins. Co.. (Leheny, |

| | | |
|---|---|---|
| | | Emma) (Entered: 04/09/2025) |
| 04/14/2025 | 15 | EX PARTE APPLICATION to Extend Time to File Answer to 5/29/2025 re Complaint (Attorney Civil Case Opening) 1 filed by Defendant ProctorU, Inc.. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Proposed Order) (Leheny, Emma) (Entered: 04/14/2025) |
| 04/15/2025 | 16 | NOTICE OF MOTION AND MOTION to Stay Case pending or transfer filed by Defendant ProctorU, Inc.. Motion set for hearing on 5/15/2025 at 08:30 AM before Judge George H Wu. (Attachments: # 1 Memorandum Memorandum in Support of Motion to Stay or Transfer, # 2 Proposed Order Proposed Order) (Leheny, Emma) (Entered: 04/15/2025) |
| 04/15/2025 | 17 | OPPOSITION Plaintiff's Opposition to re: EX PARTE APPLICATION to Extend Time to File Answer to 5/29/2025 re Complaint (Attorney Civil Case Opening) 1 15 filed by Plaintiff Katrina McDowell. (Omoto, Lisa) (Entered: 04/15/2025) |
| 04/16/2025 | 18 | MINUTES IN CHAMBERS – ORDER ON EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT 15 by Judge George H Wu. Defendant's request for leave to file an answer or motion as to the Complaint by May 29, 2025 is GRANTED. (See document for further details).; granting 15 EX PARTE APPLICATION to Extend Time to File Answer. (aco) (Entered: 04/16/2025) |
| 04/24/2025 | 19 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Stay Case pending or transfer 16 filed by Plaintiff Katrina McDowell. (Omoto, Lisa) (Entered: 04/24/2025) |
| 05/01/2025 | 20 | REPLY in Support of NOTICE OF MOTION AND MOTION to Stay Case pending or transfer 16 filed by Defendant ProctorU, Inc.. (Leheny, Emma) (Entered: 05/01/2025) |
| 05/13/2025 | 21 | TEXT−ONLY ENTRY – IN CHAMBERS: by Senior District Judge George H. Wu: The parties are advised that the MOTION HEARING 16 , set for Thursday, May 15, 2025 at 8:30 a.m. will be held in−person. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jag) TEXT ONLY ENTRY (Entered: 05/13/2025) |
| 05/13/2025 | 22 | MINUTES IN CHAMBERS – TENTATIVE RULING ON PROCTORU, INC.'S MOTION TO STAY OR TRANSFER UNDER THE FIRST−TO−FILE RULE 16 by Judge George H Wu. Attached hereto is the Court's Tentative Ruling on Defendant's Motion 16 set for hearing on May 15, 2025 at 8:30 a.m. (aco) (Entered: 05/13/2025) |
| 05/13/2025 | 23 | Notice of Appearance or Withdrawal of Counsel: for attorney Darin T Beffa counsel for Defendant ProctorU, Inc.. Adding Darin T. Beffa as counsel of record for ProctorU, Inc. for the reason indicated in the G−123 Notice. Filed by defendant ProctorU, Inc.. (Attorney Darin T Beffa added to party ProctorU, Inc.(pty:dft))(Beffa, Darin) (Entered: 05/13/2025) |
| 05/13/2025 | 24 | APPLICATION of Non−Resident Attorney Christopher J. Esbrook to Appear Pro Hac Vice on behalf of Defendant ProctorU, Inc. (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−39699363) filed by defendant ProctorU, Inc.. (Attachments: # 1 Proposed Order) (Beffa, Darin) (Entered: 05/13/2025) |
| 05/13/2025 | 25 | APPLICATION of Non−Resident Attorney Stephen R. Brown to Appear Pro Hac Vice on behalf of Defendant ProctorU, Inc. (Pro Hac Vice Fee − $500 Fee Paid, Receipt No. ACACDC−39699366) filed by defendant ProctorU, Inc.. (Attachments: # 1 Proposed Order) (Beffa, Darin) (Entered: 05/13/2025) |
| 05/15/2025 | 26 | ORDER by Judge George H Wu: granting 24 Non−Resident Attorney Christopher J. Esbrook APPLICATION to Appear Pro Hac Vice on behalf of defendant ProctorU, Inc., designating Darin T. Beffa as local counsel. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY (ak) (Entered: 05/15/2025) |
| 05/15/2025 | 27 | |

|  |  | ORDER by Judge George H Wu: granting 25 Non–Resident Attorney Stephen R. Brown APPLICATION to Appear Pro Hac Vice on behalf of defendant ProctorU, Inc., designating Darin T. Beffa as local counsel. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY (ak) (Entered: 05/15/2025) |
|---|---|---|
| 05/15/2025 | 28 | MINUTES OF PROCTORU, INC.'S MOTION TO STAY OR TRANSFER UNDER THE FIRST–TO–FILE RULE 16 Hearing held before Judge George H Wu. The Court's Tentative Ruling on Defendant's Motion 16 was issued on May 13, 2025 22 . Oral argument is held. Based on the Tentative Ruling, and for reasons stated on the record, the Court GRANTS the Motion to Transfer. This action is hereby transferred to the Northern District of California forthwith.; granting 16 MOTION TO STAY OR TRANSFER UNDER THE FIRST–TO–FILE RULE. (Made JS–6. Case Terminated.) Court Reporter: Miranda Algorri. (aco) (Entered: 05/15/2025) |